UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-MJ-02249-Torres

**UNITED STATES OF AMERICA**

vs.

**MARIO TOVAR,
GERALDO RODRIGUEZ, and
LUIS ALFONSO NUNEZ,**

    **Defendants.**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019?  ___ Yes  _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Michele Vigilance*
Michele S. Vigilance
Assistant United States Attorney
Court ID No.: A5502091
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 432-1406
michele.vigilance@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARIO TOVAR,<br>GERALDO RODRIGUEZ, and<br>LUIS ALFONSO NUNEZ,<br>*Defendant(s)* | Case No. 22-MJ-02249-Torres |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about   February 5, 2022  , upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I'D #0692

*Complainant's signature*

USCGIS Javiel Gonzalez
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: 2/10/2022

*Judge's signature*

City and state:   Miami, Florida          Hon. Edwin G. Torres, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Javiel Gonzalez, being duly sworn, hereby depose and state the following:

1. I am currently assigned as a Special Agent with the Coast Guard Investigative Service (CGIS) in Miami, Florida and have worked in this capacity since August, 2019. Prior to becoming a CGIS Agent, I worked as a Special Agent with the U.S. Secret Service from 2017-2019 and prior to that, I was employed by the State of Florida as a State Trooper and a Criminal Investigator. I have worked in law enforcement for a total of ten years. My official CGIS duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18 of the United States Code that is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Mario TOVAR**, **Geraldo RODRIGUEZ**, and **Luis ALFONSO NUNEZ** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70506(b).

3. On or about February 5, 2022, a Dutch Marine Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 183 nautical miles North of La Guajira, Colombia, in international waters, displaying no indicia of nationality, and upon the high seas. United States

Coast Guard Cutter (USCGC) CONFIDENCE was patrolling near the area and diverted to investigate. Once in the vicinity, CONFIDENCE launched the Over the Horizon boats (OTH) with embarked USCG boarding team. The MPA and OTHs momentarily lost visual of the GFV, but were able to reacquire it again. Subsequently, the OTHs made contact with the GFV, which was dead in the water and under a blue tarp, and gained positive control of the vessel.

4. The USCG boarding team reported three (3) persons on board who were later identified as **Mario TOVAR**, **Geraldo RODRIGUEZ**, and **Luis ALFONSO NUNEZ**. The master was identified as **Mario TOVAR**, who made a claim of Colombian nationality for the GFV. The government of Colombia was contacted and stated that they could neither confirm nor deny registration of the vessel. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

5. The USCG boarding team recovered 29 bales with a total sea weight of approximately 800 kilograms of suspected cocaine from the GFV. Two field tests were conducted on the contraband which yielded positive results for cocaine. All three individuals, along with the suspected cocaine, were transferred to the CONFIDENCE.

[remainder of page left blank intentionally]

6. Based on the foregoing facts, I submit that probable cause exists to believe that **Mario TOVAR**, **Geraldo RODRIGUEZ**, and **Luis ALFONSO NUNEZ**, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**.

_____
Javiel Gonzalez
Special Agent
Coast Guard Investigative Service

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __16__ day of February 2022.

_____
HONORABLE EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE

3